In the Matter of the Claim of CORNELIUS CODOLBAN, Respondent, v. 50TH STREET TIES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.